**Dismiss and Opinion Filed August 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00378-CV

**BETTIE L. BELL, Appellant**
**V.**
**ACAR LEASING, LTD, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-13305**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Stoddart
Opinion by Chief Justice Wright

Pro se appellant Betty Bell appeals the trial court's order granting appellee's summary judgment in this repossession suit. On April 20, 2018, appellant filed a brief. In a letter dated April 30, 2018, we informed appellant the brief she filed failed to comply with the requirements of Texas Rule of Appellate Procedure 38.1. *See* TEX. R. APP. P. 38.1. Specifically, the brief is deficient in that, among other things, (1) it does not contain a concise statement of the case, course of proceedings, or the trial court's disposition of the case; (2) it does not concisely state all issues presented for review; (3) it does not contain a statement of facts with references to the record; (4) it does contain a succinct, clear, and accurate summary of the arguments made in the body of the brief; (5) the argument does not contain appropriate citations to the record; and (6) it does not contain a short conclusion that clearly states the nature of the relief sought. *See id.* 38.1(d), (f),

(g), (h), (i) and (j). We provided appellant an opportunity to file an amended brief that complied with the requirements of appellate rule 38.1 no later than May 10, 2018 and cautioned her that failure to comply may result in dismissal of the appeal without further notice. *See id.* 38.8(a)(1); 42.3 (b), (c). In addition, on July 11, 2018, appellee filed a motion to dismiss this appeal for failure to comply with this Court's request for an amended brief.

Although individuals have the right to represent themselves pro se in civil litigation, they are held to the same rules of appellate procedure that licensed attorneys are required to follow. *See Bolling v. Farmers Branch Indep. Sch. Dist.*, 315, S.W.3d 893, 895 (Tex. App.—Dallas 2010, no pet.). Appellate court judges are not responsible for "identifying possible trial court error" or for reviewing the record to find favorable facts that may support a party's position. *Id.* Importantly, under rule 38.1(f), the court "must be able to discern what question[s] of law [it] will be answering." *Id.* at 896. A brief fails if it does not articulate the issues to be answered by the court. *Id.* If a brief articulates the issues to be decided by the court, "then rule 38.1(i) calls for the brief to guide [the court] through the appellant's argument with clear and understandable statements of the contentions being made." *Id.* Under rule 38.1(i), appellant's argument must make direct references to facts in the record and applicable legal authority. *Id.* A brief fails under rule 38.1(i) if the court must speculate or guess if references to facts or legal authority "are not made or are inaccurate, misstated, or misleading." *Id.*

Appellant's brief contains allegations of "fraud upon the court," articulating, "fraud somewhere by some clerks." The brief does not contain any citations to the record to support these allegations, nor does it contain a statement of facts. Instead, it misapplies the only case cited and omits any mention of the nature of relief sought. Consisting of only a page and a half of argument, the brief is clearly incomplete, leaving us to speculate or guess as to the contentions being made and whether they are meritorious. Because appellant has not provided the Court with existing

legal authority that can be applied to the facts of the case, her brief fails. *See Bolling*, 315 S.W.3d at 896.

Appellant has failed to comply with the briefing requirements of our appellate rules after being given an opportunity to do so. Accordingly, we dismiss the appeal. *See* Tex. R. App. P 38.8(a)(1); 42.3(b), (c). In light of this court's holding, we deny as moot appellee's July 11 motion to dismiss.

 /Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

180378F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

BETTIE L. BELL, Appellant

No. 05-18-00378-CV      V.

ACAR LEASING, LTD, Appellee

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-13305.
Opinion delivered by Chief Justice Wright.
Justices Evans and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered August 8, 2018.